JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MALONE | Case No. CV 22-0929 FMO (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TOYOTA MOTOR SALES, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice. The parties shall bear their own fees and costs.

Dated this 19th day of December, 2022.

/s/
Fernando M. Olguin
United States District Judge